# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| Kortek Industries Pty Ltd. | |
| Plaintiff, | Civil Action No. 6:20-cv-00396-ADA |
| v. | The Honorable Judge Alan D. Albright |
| Intermatic Incorporated | **JURY TRIAL DEMANDED** |
| Defendant | |

## ORDER OF DISMISSAL WITH PREJUDICE

Having reviewed the Parties' Agreed Stipulation of Dismissal With Prejudice, and finding that it should be GRANTED, pursuant to Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows: (i) this action shall be dismissed with prejudice; and (ii) each Party shall bear its own costs, expenses, and attorneys' fees.

SIGNED on the 11th day of December, 2020.

ALAN D ALBRIGHT
UNITED STATED DISTRICT JUDGE